IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JOSE LUIS MORALES VASQUEZ,                    *

                Petitioner,                    *

v.                                                              Case No. 4:26-CV-00728-CDL-ALS
                                                          *
WARDEN JASON STREEVAL, et al,
                                                          *
                Respondents.
                                                          *

## J U D G M E N T

Pursuant to this Court's Order dated June 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of June, 2026.

David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk